# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1170

TP 12-00799

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

IN THE MATTER OF NEW YORK STATE DIVISION OF
HUMAN RIGHTS, ON THE COMPLAINT OF WILLIAM R.
JOHNSON, PETITIONER,

V                                                                    ORDER

JOHN BRYSON AND NATIONAL HOTEL, RESPONDENTS.

---

CAROLINE J. DOWNEY, BRONX (TONI ANN HOLLIFIELD OF COUNSEL), FOR
PETITIONER.

----------------------------------------------------------------------------------------------------

Proceeding pursuant to Executive Law § 298 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Steuben County [Marianne
Furfure, A.J.], entered April 3, 2011) to enforce a determination of
the New York State Division of Human Rights.

It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is granted.

Entered:  November 9, 2012                      Frances E. Cafarell
                                                Clerk of the Court